[No. 540.  Decided June 2, 1891.]

## J. GARDNER KENYON v. WATSON C. SQUIRE AND J. R. WILLIAMSON.

*Error to District Court, King County.*

*J. Gardner Kenyon, pro se, D. O. Finch,* and *E. C. Hughes,* for plaintiff in error.

*J. C. Haines,* and *Thomas Burke (Andrew Woods,* of counsel), for defendants in error.

HOYT. J. — This case is governed by what we have said in the case last decided, and for the reasons therein stated the judgment must be affirmed.

SCOTT and DUNBAR, JJ., concur.

ANDERS, C. J., concurs in the result.

STILES, J., dissents.